AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at 9 o'clock and 26 min A M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 01-00160 SOM 08 |
| PATRICH GILES, aka P-Dog" | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY COMMANDED TO ARREST PATRICH GILES, aka P-Dog" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment , charging him or her with (brief description of offense)

Conspiracy to possess with intent to distribute methamphetamine
Use of a communication facility in the commission of a conspiracy to distribute methamphetamine
Possess with intent to distribute methamphetamine

in violation of Title 21 United States Code, Section(s) 846, 843(b), 841(a)(1).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | 09/11/2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL        By: Leslie E. Kobayashi, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest  09/19/2002 | James Yuen  GS | [signature] |