

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

SHERRI R. CARTER
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**RECEIVED**
CLERK U.S. DISTRICT COURT

JAN 14 2008
4:30 pm
DISTRICT OF HAWAII

January 3, 2008

Clerk, United District Court
Hawaii District Court
C338 Prince Kuhio Federal Bldg
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Re:   Transfer of Jurisdiction of Probation

   Your Case No. CR 01-00160SOM-08 and CR 03-00521SOM-01

   Assigned Our Case No. CR 07-01425-VBF

   Case Title: USA -v- PATRICK GILES, aka "P-Dog"

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Alicemarie H. Stotler.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By J. Lam (213) 894-7982
   Deputy Clerk



cc: Probation Office, Los Angeles
    Probation Office, District of Origin

---

CR-25 (12/01)                         TRANSMITTAL LETTER - PROBATION TRANSFER-IN