# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 24, 2008

Office of the Clerk
United States District Court
Central District of California - Western Division
312 North Spring Street, G-8
Los Angeles, CA 90012

RE: TRANSFER OF JURISDICTION
CR 01-00160 SOM-08
Your Case No. CR 07-1425 VBF
USA vs. (08) Patrich Giles, aka "P-Dog"

Dear Sir:

Pursuant to the Order Transferring Jurisdiction, enclosed are the following:

( _____ )   Certified Copy of the Criminal Complaint

( ✔ )   Certified Copy of the Third Superseding Indictment

( ✔ )   Certified Copy of Judgment In A Criminal Case

( ✔ )   Certified Copy of the Docket Sheet

( ✔ )   Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk

Deputy Clerk

encl.
U.S. Probation - Honolulu, Hawaii

*******************************************************************************

Receipt is acknowledged by:     Clerk, U.S. District Court

Dated: _____   By: _____