

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

**RECEIVED**
CLERK U.S. DISTRICT COURT

January 24, 2008

FEB 06 2008

DISTRICT OF HAWAII

Office of the Clerk
United States District Court
Central District of California - Western Division
312 North Spring Street, G-8
Los Angeles, CA 90012



RE:     TRANSFER OF JURISDICTION
      CR 01-00160 SOM-08
      Your Case No.  CR 07-1425 VBF
      USA vs. (08) Patrich Giles, aka "P-Dog"

Dear Sir:

Pursuant to the  Order Transferring Jurisdiction, enclosed are the following:

(_____)     Certified Copy of the Criminal Complaint

(___✔___)     Certified Copy of the Third Superseding  Indictment

(___✔___)     Certified Copy of Judgment In A Criminal Case

(___✔___)     Certified Copy of the Docket Sheet

(___✔___)     Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk

Deputy Clerk

encl.
U.S. Probation - Honolulu, Hawaii

*******************************************************************************

Receipt is acknowledged by:          Clerk, U.S. District Court


Dated: _____          By: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CR 01-160SOM-08

**RECEIVED**
CLERK U.S. DISTRICT COURT

FEB 06 2008
11:30am ll
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD. RM C-338
HONOLULU, HI. 96850



